In Re: Flexible Funding Ltd. Liability Co. v. Totem Forest Products International LLC
Case No. 21–42215–mxm11 –11
Adv. No. 23–04014–mxm

# SUMMONS SERVICE EXECUTED

I, Roxanne Bahadurji

of** Sullivan Blackburn Pratt LLP

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 28th day of February, 2023, _____ I served a copy of the within summons, together with the complaint filed in this proceeding, on

TOTEM FOREST PRODUCTS
INTERNATIONAL LLC DBA TOTEM MATS

the defendant in this proceeding, by *{describe here the mode of service}*

Via first class U.S. mail

the said defendant at
TOTEM FOREST PRODUCTS INTERNATIONAL LLC DBA TOTEM MATS
Attn: Kelly Reed, Manager and registered agent
6915 SW MACADAM AVE STE 245
PORTLAND, OR 97219

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 2/28/23                    /s/ Roxanne Bahadurji
            *(Date)*                        *(Signature)*

** 456 Montgomery Street Suite 900
San Francisco, CA 94104
*State mailing address*