**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-42215-mxm11 |
| FLEXIBLE FUNDING, LTD. LIABILITY CO., | § | (Chapter 11) |
| | § | |
| Debtors. | § | |
| | § | |
| FLEXIBLE FUNDING, LTD. LIABILITY CO., | § | |
| | § | |
| Plaintiff | § | |
| | § | **Adv. Proc. No. 23-04014** |
| v. | § | |
| | § | |
| TOTEM FOREST PRODUCTS INTERNATIONAL LLC d/b/a TOTEM MATS, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT — Page 7**    2319432.DOCX

On this day came on for consideration the the Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint (Re: Docket No. ___) (the "Motion") filed herein on March 29, 2023 by Totem Forest Products International LLC d/b/a Totem Mats ("Totem" or "Defendant"). Upon review of the Complaint and the Motion, the Court finds and concludes the Motion should be granted.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Count 5 of the Complaint under California Business & Professions Code §§ 17200 et seq, or the Unfair Competition Law is dismissed with prejudice.

3. Defendant shall answer the remaining the claims in the Complaint within thirty (30) days.

### END OF ORDER ###

Submitted by:
JEFF CARRUTH (TX SBN: 24001846)
24 Greenway Plaza, Suite 2050
Houston, TX 77046
Telephone: (713) 341-1158
Facsimile: (713) 221-3732
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR DEFENDANT
TOTEM FOREST PRODUCTS
INTERNATIONAL LLC d/b/a TOTEM MATS